**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00856-CR

## EX PARTE ALEJANDRO TOVAR

**On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MC13-A1095**

## ORDER

On June 26, 2013, this Court ordered the court reporter of the County Criminal Court No. 11 to file the reporter's record of the habeas corpus proceedings by July 19, 2013. To date, we have not received the reporter's record, nor has the court reporter communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Vearneas Faggett, official court reporter of the County Criminal Court No. 11 to file, by **AUGUST 9, 2013**, the reporter's record of all hearings related to the habeas corpus proceedings. Because the record is already overdue, no extensions will be granted. If we do not receive the reporter's record by the date specified, we will order that Vearneas Faggett not sit as a court reporter until she has filed the record in this case.

Appellant's brief is due by **AUGUST 23, 2013**. The State's brief is due by **SEPTEMBER 6, 2013**.

The appeal remains set for submission on October 11, 2013 and will be submitted without argument on **October 11, 2013** to a panel consisting of Justices FitzGerald, Francis, and Myers.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, County Criminal Court No. 11; to Vearneas Faggett, Official Court Reporter, County Criminal Court No. 11; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE